UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60448-DPG

**SHAYLA ELLIS**,

      Plaintiff,

v.

**ABERCROMBIE & FITCH STORES, INC.**,

      Defendant.

_____/

## ORDER

This matter is before the Court on the parties' Joint Motion for Court Approval of Settlement and General Release ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). [ECF No. 27]. The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Confidential Settlement Agreement and General Release ("Settlement").

Having reviewed the Joint Motion, the Settlement Agreement, and the pleadings and papers on file in this Action, and having heard from the parties at the Hearing on August 31, 2016, and for good cause established therein, the Court enters this Order approving the Settlement and the Settlement Agreement, including the attorneys' fees to Plaintiff's Counsel, as follows:

1. The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, on behalf of Plaintiff Shayla Ellis.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Settlement Agreement.

4.      The Court approves the payment of attorneys' fees to Plaintiff's Counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

5.      The Court dismisses Plaintiff's claims with prejudice, with each side to bear its own costs and attorneys' fees.

6.      The Court retains jurisdiction over the Action to enforce the terms of the Settlement for no more than 60 days.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of September, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge Turnoff
        All Counsel of Record